IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date: April 4, 2016 |
| Court Reporter:    Janet Coppock | Probation: Gary Kruck |
| | Time: one hour and 41 minutes |

_____

Criminal Action No. 15-cr-00321-WJM         *Counsel:*

UNITED STATES OF AMERICA,                   Jason St. Julien

　　　Plaintiff,

v.

PEARB ROEUNG NICKS,                         David Johnson

　　　Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:00 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. St. Julien

Sentencing Statement by Mr. Johnson

The Court addresses the defendant's objections to Paragraph Nos. 17, 22, 26 and 74 of the Presentence Investigation Report.

1

Argument by Mr. Johnson

Argument by Mr. St. Julien

Argument by Mr. Johnson

The Court sustains defendant's objections to Paragraph Nos. 17, 22, 26 and 74 of the Presentence Investigation Report.  With regard to all the remaining objections, the Court finds that the defendant's objections will not affect sentencing and the Court will not consider those matters in sentencing; and therefore, pursuant to Rule 32 (i)(3)(B), no ruling on the objections is necessary.

**ORDERED:   The Government's Motion for One-level Decrease in Defendant's Offense Level as Finally Calculated by the Court [33] is GRANTED.**

The Court addresses the defendant's Motion for Below-guideline, Downward Variance Sentence.

Argument by Mr. Johnson

Argument by Mr. St. Julien

Probation Officer Kruck's comments

Defendant's Allocution

**ORDERED:   The defendant's Motion for Below-Guideline, Downward Variance Sentence [28] is GRANTED IN PART AND DENIED IN PART.**

Defendant plead guilty to a one-count Indictment on December 30, 2015.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Pearb Roeung Nicks, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months, consecutive to the sentence he is currently serving in Adams County District Court Case No. 03cr2969.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

        **While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

        **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

        **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**  **Special Conditions of Supervised Release:**

        **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:**  **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:**  **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**  **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:**  **Defendant is REMANDED to the custody of the U.S. Marshal.**

11:41 a.m.    Court in Recess
                Hearing concluded